No. 638. DEL CASTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jose del Castillo* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 639. HAGY v. NORFOLK & WESTERN RAILWAY CO. Supreme Court of Appeals of Virginia. Certiorari denied. *Israel Steingold* for petitioner. *Leonard G. Muse* for respondent.

No. 643. LOUISIANA & ARKANSAS RAILWAY CO. v. MULLINS. Court of Civil Appeals of Texas, 6th Supreme Judicial District. Certiorari denied. *O. O. Touchstone, Jos. R. Brown* and *Grover Sellers* for petitioner. *Franklin Jones* for respondent.

No. 586. STEIER v. NEW YORK STATE EDUCATION COMMISSIONER ET AL. The motion for leave to proceed on a typewritten petition is granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Petitioner *pro se. Charles A. Brind* for the Commissioner of Education, and *Seymour B. Quel* for the New York City Board of Higher Education et al., respondents.

No. 587. WILLIAMS v. SAHLI, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Geo. W. Crockett, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for respondent.